**Order entered December 7, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01234-CV

## IN RE ARTURO SOLIS, Relator

**Original Proceeding from the 52nd District Court**
**Coryell County, Texas[1]**
**Trial Court Cause No. C10-11-40751**

## ORDER
Before Justices Lang, Brown, and Stoddart

Based on the Court's opinion of this date, we **DISMISS** this proceeding.

/s/  CRAIG STODDART
    JUSTICE

---

[1] Pursuant to Tex. Gov't Code § 73.001, the Supreme Court of Texas transferred all currently pending and future motions, writs of mandamus, and new proceedings arising from trial court cause number C10-11-40751 from the Court of Appeals for the Tenth District, Waco, Texas, to this Court. *See* TEX. SUP. CT. ORDER, Misc. Docket No. 17–9134 (Oct. 24, 2017).